| | |
|---|---|
| 1 | RON BAMIEH (SBN 124088) |
| 2 | DANIELLE DE SMETH (SBN 263309)<br>MONIQUE L. FIERRO (SBN 304210) |
| 3 | mfierro@bamiehdesmeth.com<br>**BAMIEH & DE SMETH, PLC** |
| 4 | 692 E. THOMPSON BOULEVARD<br>VENTURA, CA 93001 |
| 5 | T: (805) 643-5555; (805) 643-5558 Fax |
| 6 | **Attorney for Plaintiff,** |
| 7 | **EMILY O.** |

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| EMILY O., an individual,<br><br>    Plaintiff,<br><br>vs.<br><br>THE REGENTS OF THE UNIVERSITY OF CALIFORNIA; JAMES BROCK; and Does 1 - 50, Inclusive,<br><br>    Defendants. | Case No.: 2:20-cv-08159-AB-JEM<br><br>-Complaint filed: December 14, 2020<br>-Action removed: 09/04/2020<br>-Assigned to: Hon. Andre Birotte, Jr., Ctrm. 7B<br>-Magistrate: Hon. John E. McDermott, Ctrm. 640<br>-Trial date: February 28, 2023<br><br>**STIPULATION OF VOLUNTARY DISMISSAL**<br><br>**[F.R.C.P. 41(a)(1))(A)(ii)]** |

**TO THE COURT AND ALL INTERESTED PARTIES:**

IT IS HEREBY STIPULATED AND AGREED between Plaintiff Emily O. and Defendants THE REGENTS OF THE UNIVERSITY OF CALIFORNIA and JAMES BROCK, through their respective counsel, that this action be dismissed, with prejudice, as to all claims, causes of action, and parties pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii).

**IT IS SO STIPULATED.**

-1-

STIPULATION OF VOLUNTARY DISMISSAL

| | | |
|---|---|---|
| 1 | Dated: June 9, 2022 | **Bamieh & De Smeth, PLC** |
| 2 | | |
| 3 | | *Monique J. Fierro* |
| 4 | | Monique Fierro |
| | | Attorney for Plaintiff |
| 5 | | |
| 6 | Dated: 06/09/2022 | **Nye, Stirling, Hale & Miller, LLP** |
| 7 | | |
| 8 | | /s/ Alison Bernal |
| 9 | | Alison Bernal |
| | | Attorney for Defendants |
| 10 | | |

Local Rule 5-4.3.4 Certification: I hereby attest that all other signatories listed, on whose behalf this filing is submitted, concur in the filing's contend and have authorized this filing.

*Monique J. Fierro*
Monique Fierro

-2-

STIPULATION OF VOLUNTARY DISMISSAL

**PROOF OF SERVICE**

I, the undersigned, certify and declare that I am over the age of eighteen (18) years. My business address is 692 E. Thompson Blvd., Ventura, California 93001. I am employed in the County of Ventura, State of California, and am not a party to the above-entitled action.

On **June 9, 2022**, I served ☐ the original ☒ a true copy of the following named document(s):

**STIPULATION OF VOLUNTARY DISMISSAL**

☒ **BY ELECTRONIC MAIL (F.R.C.P. 5):** By sending it via electronic mail, without transmission error or difficulty, to the e-mail address(es) provided by the party(ies) as identified herein below:

> Jonathan D. Miller
> Alison M. Bernal
> **Nye, Sterling, Hale & Miller, LLP**
> 33 w. Mission Street, Suite 201
> Santa Barbara, CA 93101
>
> (805) 963-2345; (805) 284-9590 Fax
> Email: jonathan@nshmlaw.com
> alison@nshmlaw.com
> chloe@nshmlaw.com
>
> **Attorneys for Defendants.**

☐ **DOCUMENTS REQUIRING SIGNATURE:** Pursuant to the Initial Standing Order, copies of the above-referenced items were emailed in Word format to: AB_chambers@cacd.uscourts.gov

☐ **CHAMBERS COPIES:** Pursuant to the Initial Standing Order, blue-backed, paper copies of the above-referenced items were sent for service via California Overnight, with a guaranteed delivery by 10:00 a.m. next day.

I declare under penalty of perjury that the foregoing is true and correct. Executed this **9th day of June, 2022**, at Ventura, California.

_____
Nicole Aviles